affirmed, with $10 costs and disbursements. Order filed. See, also, 61 Misc. Rep. 218, 114 N. Y. Supp. 934.

MARTIN, Respondent, v. VILLAGE OF MAMARONECK, Appellant. (Supreme Court, Appellate Division, Second Department. March 31, 1910.) Action by Janet Martin against the Village of Mamaroneck. No opinion. Judgment and order of the County Court of Westchester County unanimously affirmed, with costs.

MARTIN, Appellant, v. WALKER & WILLIAMS MFG. CO., Respondent. (Supreme Court, Appellate Division, Third Department. March 25, 1910.) Action by William Martin, an infant, by Hermine Martin, his guardian ad litem, against the Walker & Williams Manufacturing Company. No opinion. Order amended nunc pro tunc, so as to show that the judgment and order were reversed upon questions of law only, and that the court, having considered the facts, found no error in the determination thereof. See, also, 128 App. Div. 733, 113 N. Y. Supp. 78.

MATCHETT, Appellant, v. WITZ et al., Respondents. (Supreme Court, Appellate Division, First Department. March 24, 1910.) Action by Mary Matchett against Theodore Witz and others. T. C. Whitlock, for appellant. L. Jersawitz, for respondents.

PER CURIAM. Judgment affirmed, with costs. Order filed.

INGRAHAM, P. J., dissents.

MATHISON, Respondent, v. WETTRE, Appellant. (Supreme Court, Appellate Division, Second Department. April 22, 1910.) Action by Charles Mathison against Gudolf Wettre. No opinion. Judgment of the Municipal Court affirmed, with costs.

MATTISON, Respondent, v. MATTISON, Appellant. (Supreme Court, Appellate Division, First Department. March 11, 1910.) Action by Richard V. Mattison, Jr., against Agnes C. Mattison. E. Hymes, for appellant. E. L. Mooney, for respondent. No opinion. Judgment affirmed, with costs. Order filed. See, also, 122 App. Div. 921, 107 N. Y. Supp. 1137; 129 App. Div. 906, 907, 113 N. Y. Supp. 1139; 60 Misc. Rep. 573, 113 N. Y. Supp. 1024; 130 App. Div. 881, 114 N. Y. Supp. 1136; 120 N. Y. Supp. 1140.

MECHANICS' BANK OF BROOKLYN, Appellant, v. TRUBIN et al., Respondents. (Supreme Court, Appellate Division, Second Department. April 22, 1910.) Action by the Mechanics' Bank of Brooklyn against Bernard Trubin and others. No opinion. Judgment, in so far as appealed from, affirmed, with costs.

MECHLIN, Appellant, v. BOARD OF EDUCATION OF CITY OF NEW YORK, Respondent. (Supreme Court, Appellate Division, First Department. March 24, 1910.) Action by Madeleine G. W. Mechlin against the Board of Education of the City of New York. S. Lowenthal, for appellant. C. McIntyre, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

MEDLER et al., Appellants, v. NEEMS, Respondent. (Supreme Court, Appellate Division, Second Department. April 22, 1910.) Action by John A. Medler and others, by Margaret Medler, their guardian ad litem, against Margaret Neems. No opinion. Judgment affirmed, with costs.

MEEHAN, Appellant, v. MEEHAN et al., Respondents. (Supreme Court, Appellate Division, Second Department. April 22, 1910.) Action by Mabel Meehan, an infant, by Jeremiah Horan, her guardian ad litem, against Delia Meehan, individually and as administratrix, etc., and others.

PER CURIAM. Judgment affirmed, without costs.

BURR, J., dissents.

MEEHAN, Appellant, v. MEEHAN et al., Respondents. (Supreme Court, Appellate Division, Second Department. April 22, 1910.) Action by Thomas F. Meehan, by Thomas Meehan, his guardian ad litem, against Delia Meehan, individually and as administratrix, etc., and others.

PER CURIAM. Judgment affirmed, without costs.

BURR, J., dissents.

MERSEREAU, Respondent, v. L. K. HIRSCH CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 9, 1910.) Action by William B. Mersereau against the L. K. Hirsch Company. No opinion. Motion for reargument denied, with $10 costs. For original opinion, see 121 N. Y. Supp. 111.

MIDLAND MOTOR CO., Appellant, v. BRITTON, Respondent. (Supreme Court, Appellate Division, First Department. April 8, 1910.) Action by the Midland Motor Company against Albert F. Britton. H. G. K. Heath, for appellant. J. L. Zostal, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

In re MILLER et al. (Supreme Court, Appellate Division, Second Department. April 22, 1910.) Appeal from Surrogate's Court, Kings County. Judicial settlement of the account of Theodore F. Miller and another, as executors of the will of Mary E. Truslow, deceased, of her acts and proceedings as executrix of the will of Stephen H. Farnham, deceased. From a decree of the Surrogate's

Court (64 Misc. Rep. 232, 119 N. Y. Supp. 52), Mary E. Truslow and others appeal. Modified and affirmed. William N. Dykman (George P. Fort, on the brief), for appellants Miller and Clark. Henry W. Jessup, for appellant Truslow. Charles H. Studin and William Reeda, for appellants and respondents Levi G. Farnham and others. James C. Church, for respondent Stephen H. Farnham.

PER CURIAM. Mrs. Farnham received the United States bonds on February 28, 1885, at $48,650. They were called and paid in 1908, presumably at par. Hence Mrs. Farnham held them for some 23 years, and during that time received from them in actual income $2^{13}/_{16}$ per cent., or $1,125 per annum, to which she was entitled, and it was her duty to invest for purposes of the sinking fund from the nominal income $1^2/_{16}$ per cent., or $475 per annum. Hence her actual income from the bonds for the four years succeeding her husband's death, was $4,500, and there was due the sinking fund for such time $1,900. Hence the account for the four years should be as follows:

| | |
|---|---:|
| Income from United States bonds | $ 4,500 00 |
| Income from other sources | 7,430 54 |
| Total | $11,930 54 |
| Income to which she was entitled | 20,000 00 |
| Due her from principal | 8,069 46 |
| Allowed by the surrogate | 7,469 46 |
| Which should be increased by the amount of | 600 00 |

Hence the decree should be modified, by allowing her from the principal the sum of $8,069.46, instead of $7,469.46, and as so modified, it should be affirmed, without costs. The other items involved in the appeal have been examined, with the conclusion that proper disposition thereof was made by the surrogate.

---

MILLER, Appellant, v. BUFFALO GERMAN INS. CO., Respondent. (Supreme Court, Appellate Division, First Department. April 8, 1910.) Action by William H. Miller against the Buffalo German Insurance Company. J. A. Dutton, for appellant. R. Rubenstein, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

---

MILLER, Respondent, v. CAMPBELL, Appellant. (Supreme Court, Appellate Division, First Department. March 11, 1910.) Action by Walter W. Miller against Charles E. Campbell. S. Lent, for appellant. D. B. Henney, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed. See, also, 120 N. Y. Supp. 1135.

---

MINRATH, Respondent, v. GIFFORD, Appellant, et al. (Supreme Court, Appellate Division, First Department. March 11, 1910.) Action by Ferdinand R. Minrath, as trustee, etc., against James M. Gifford, impleaded with others. J. M. Gifford, for appellant. S. Rosenbaum, for respondent. No opinion. Judgment affirmed, with costs to respondents who appeared separately and filed briefs, on opinion

122 N.Y.S.—72

of the court below. Lauterbach v. New York Investment Co., 62 Misc. Rep. 561, 117 N. Y. Supp. 152. Order filed.

---

MITCHELL, Appellant, v. INTERBOROUGH RAPID TRANSIT CO., Respondent. (Supreme Court, Appellate Division, First Department. March 24, 1910.) Action by Laura M. Mitchell against the Interborough Rapid Transit Company. C. P. Hallock, for appellant. L. E. Quigg, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

---

In re MOHEGAN AVENUE. (Supreme Court, Appellate Division, First Department. April 8, 1910.) In the matter of Mohegan Avenue. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

---

MONYPENY et al., Appellants, v. MONYPENY et al., Respondents. (Supreme Court, Appellate Division, Second Department. March 31, 1910.) Action by Brunson B. Monypeny and another against William Monypeny and others. No opinion. Motion for resettlement of order denied, with costs. See, also, 121 N. Y. Supp. 590.

---

In re MOSER. (Supreme Court, Appellate Division, First Department. December 10, 1909.) In the matter of George Moser. No opinion. Motion granted. Settle order on notice. See, also, 121 N. Y. Supp. 1140.

---

MOSIER v. WEIL–HASKELL CO. (Supreme Court, Appellate Division, Third Department. March 25, 1910.) Action by Charles H. Mosier against the Weil-Haskell Company. No opinion. Motion denied. See, also, 121 N. Y. Supp. 946.

---

In re MT. VERNON AVE. IN CITY OF NEW YORK. (Supreme Court, Appellate Division, First Department. May 6, 1910.) Appeal from Special Term, New York County. Proceedings for the improvement of Mt. Vernon Avenue in the City of New York. Appeal from an order allowing interest on awards for damage parcels Nos. 14 and 19. Modified and affirmed. Merle I. St. John, for appellants. Joel J. Squier, for respondent.

PER CURIAM. Order appealed from modified, so as to allow interest on the awards from August 31, 1906, to July 23, 1907, and from November 9, 1909, to the date of payment, and, as so modified, affirmed without costs.

---

MULLER, Appellant, v. BROOKLYN HEIGHTS R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. March 31, 1910.) Action by John Muller against the Brooklyn Heights Railroad Company. No opinion. Order affirmed, with costs.

---

MULLER et al. v. THOMAS W. EVANS MUSEUM & INSTITUTE SOCIETY et al. (Supreme Court, Appellate Division, First De-